**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| JOSH AARON STEELMAN, | : | Case No. 1:19-cv-16 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

---

## ENTRY AND ORDER GRANTING MOTION FOR EXTENSION OF TIME (Doc. 15), OVERRULING OBJECTIONS (Doc. 16), AND ADOPTING REPORT AND RECOMMENDATION (Doc. 14)

---

This action is before the Court on Petitioner's Motion for Extension of Time (Doc. 15) and Petitioner's Objections (Doc. 16) to Magistrate Judge Stephanie K. Bowman's Report and Recommendation (Doc. 14). In her Report and Recommendation (Doc. 14), Magistrate Judge Bowman recommends that the Court deny Petitioner's Motion to Stay the Proceedings (Doc. 11). All objections to the Report and Recommendation were due by February 24, 2020. On February 21, 2020, the Petitioner filed a Motion for Extension of Time (Doc. 15), requesting an additional 30 days to file his objection. And on March 16, 2020, Petitioner filed his Objections. (Doc. 16.)

Pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, Petitioner's Motion for Extension of Time (Doc. 15) is hereby **GRANTED**. Accordingly, Petitioner's Objections (Doc. 16) are now ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 16) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 14) in its entirety and hereby **DENIES** Petitioner's Motion to Stay the Proceedings (Doc. 11).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:  ___/s/ Matthew W. McFarland_____
JUDGE MATTHEW W. McFARLAND