IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| JOSH AARON STEELMAN, | : | Case No. 1:19-cv-16 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, LONDON CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 19)**

This case is before the Court on Petitioner's Objection (Doc. 20) to Magistrate Judge Michael R. Merz's Report and Recommendation (Doc. 19). For the reasons discussed therein, the Magistrate Judge recommends that the Petition be dismissed with prejudice. (Doc. 19.) As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Petitioner's Objections (Doc. 20) are not well-taken and are thus **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 19) in its entirety and **ORDERS** that this action is **DISMISSED** with prejudice. Because reasonable jurists would not disagree with this conclusion, a certificate of appealability should not be issued. The Court also certifies that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

IT IS SO ORDERED.

                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF OHIO

By:   */s/ Matthew W. McFarland*
       JUDGE MATTHEW W. McFARLAND